LENA ROSENBERG, Appellant, v. JACOB ROSENBERG, Respondent.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

VINCENT RUGGIERO, Appellant, v. ANNA RUGGIERO, Respondent.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

WALTER SELLECK, Respondent, v. MARIE LOUISE BARNARD, Appellant.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

SHELBY CONSTRUCTION COMPANY, INC., Respondent, v. HARRY GOLDSCHEIN and Another, Appellants.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

J. HARVEY SMEDLEY and Another, as Executors, etc., Respondents, v. THE CITY OF NEW YORK and Another, Appellants.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

WESTCHESTER LAND EXCHANGE, Respondent, v. ROBERT E. DULA, Appellant.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

*Decisions by the Presiding Justice on Application to Appeal from the Appellate Term.*

CHILDS COMPANY, INC., Respondent, v. CHARLES F. WILCOX, Appellant.— Application denied, with ten dollars costs.

ROBERT J. KIND, Respondent, v. ORIENT INSURANCE COMPANY OF HARTFORD, CONN., Appellant.— Motion for leave to resubmit motion for leave to appeal to the Appellate Division denied, with ten dollars costs.